Case No. 20-6225, John Doe v. Jane Doe, No. 1 v. Metro Govt of Nashville Case No. 20-6228, Sally Doe v. Metro Govt of Nashville Oral Argument, 15 minutes per side Ms. Parker for the Appellant May it please the Court, I am Mary Parker of the Nashville, Tennessee Bar and I am here representing the two appellants, plaintiffs in the lower court and we are appealing an opinion from Judge Aleda Trugger's court, District Judge The history of this case involved a motion for summary judgment being filed prior to Coleridge which was denied by the District Court and then that opinion of hers denying summary judgment was appealed to this court Coleridge occurred in between and this court sent that case back for the District Court to consider her denial of summary judgment based upon Coleridge and the opinion therein After reconsideration, she dismissed, there were four cases, she dismissed these two under the grounds that are now before this court It is our opinion that the court here needs to clarify Coleridge when it applies to K-12 students There is a different deliberate and different standard that should be applied for young people When a school exercises the degree of control, the supervision, the tutelage that occurs in primary and secondary institutions where children are required by law to attend and parents turn over the supervision of their children to schools There needs to be a higher degree of care, concern and control and that needs to transfer over to a different deliberate and different standard when applying the law to those students as opposed to adult university students living off campus as was the case in Coleridge for the Michigan State University students involved This case is involving two children One was 14 at the time of the sexual unwelcome conduct that occurred in school on the school premises, in the stairwell where she was passed around with another female student to four upperclassmen boys for sexual intercourse The activity was unbeknownst to this young lady recorded The video was subsequently released and her parents found out about it immediately reporting the incident to the school The female student, the plaintiff, now appellant, was harassed thereafter The school, the person, well this applies to both of these cases so I'll stop there The second case is a 15 year old who was pulled into a male bathroom coerced into having oral sex inside a stall with a boy at the school and he videotaped it. That video was subsequently released Her parents found out and immediately reported it to the school These were two separate metro Nashville schools and the same basic facts took place after the report They both reported to the assistant principals They had meetings with the assistant principals In the first case with Jane Doe, she went to the assistant principal and they both reported to the assistant principal The assistant principals never reported to the executive principals of the school They never reported to the Title IX coordinator They provided no discipline for the perpetrators for those that were passing around this child pornographic video in each case They didn't even inquire who was passing the videos around who was circulating it, what boys were involved They basically took no action What about another basis that might distinguish this case from collerage? Isn't there evidence in the record of a large number of complaints about sexual misconduct in the schools here that happened prior to the incidents with the two girls whom you are referring to now? Yes, Your Honor, the record is absolutely full of prior incidents In fact, in the one school involving Sally Doe the resource officer in that school had testified to knowledge of at least 12 instances of sexual videotapes being done or sent around during the school hours There was also a large amount of statistics maintained by Metro none of which were privy by the Title IX coordinator She had nothing to do with keeping the statistics reviewing them, analyzing them, determining what should be done in the school system This is a case of the proverbial head in the sand The Title IX coordinator primarily was responsible for raising money and grant money for the school. She had a responsibility to pull in $81 million per year and that was her primary position and she got the Title IX job with no training no training on how to be a Title IX coordinator and subsequently did not properly train the teachers, the assistant principals the principals of the schools So there's no training, there's no knowledge on her part of what's going on in the system despite this huge amount of complaints that's going on 3,500 I believe is the number that we introduced into evidence of complaints of sexual misconduct from 2012 to 2017 So those complaints were before the two individuals had their sexual assaults? Yes, Your Honor And did those complaints reflect both schools having complaints? Yes, Your Honor There were two different high schools Yes, and the problem with the statistics that were maintained they were only put into the record if there was an actual discipline In these two cases, for example, there was no discipline So these two cases never made it into the statistics that were maintained by metro schools The fact that there were Title IX violations or potential Title IX violations there was no policy or rule or information or training provided to the assistant principals who in this case were both assistant principals that they should be reporting any incident of potential Title IX violation or sexual harassment up the chain to the Title IX coordinator It simply didn't happen So although there are statistics they are only statistics where punishment occurred And I think it's very significant that these two cases however severe they were they never made it into the statistics Is it your position that based upon a number of prior complaints of sexual misconduct that the school district was sufficiently unnoticed that this was a problem system-wide? And then would that trigger that any sexual assault after that would be actionable? I mean, certainly there would be defenses to multiple instances of sexual assault There's always factual defenses But I guess what I'm saying is it puts the school district in sort of an absolute liability situation other than defenses on the facts Yes, sir And I almost hesitate to say absolute liability I think the facts in these two cases demonstrate per se deliberate indifference They did nothing They did nothing And that, in the whole continuum of deliberate indifference possibilities that clearly crosses the line of deliberate indifference You have to do something When you say they did nothing or they have to do something are you speaking about after the sexual assaults occurred or before the sexual assaults occurred? They had to do something Well, I think they did almost nothing before the sexual assault occurred True And I think they should be liable on that basis for the before claim They also did virtually nothing afterwards They told these two students there was nothing the school could do They weren't going to guarantee they were going to protect them They didn't help them find alternatives Well, for Sally Doe the only help provided was after her parents said we can't leave her in this dangerous environment she's being called hoe and slut as she walks down the corridors of the school she's wearing ear things to protect the sound because she is so severely harassed in the school The boy who was the perpetrator in the Sally Doe case tried to fight her in the hallway He threatened her that he was going to have someone else beat her up All this occurred after the reporting And the only thing the assistant principal told them is well, this might be a police matter there's nothing the school can do And so her parents chose to take her out Any further questions? Thank you, your red light Okay, thank you Good morning, may it please the court My name is Brooke Fox I represent Metro Nashville in this case Judge Gibbons, to address your question about the spreadsheets that were put into evidence in summary judgment Those spreadsheets include incidents over a five year period that include everything from K through 12 So instances perhaps of first graders mooning each other or middle school children perhaps consensually sending each other inappropriate text messages or pictures There was no expert analysis whatsoever as to whether or not this number of incidents is something that's inappropriate for a school district our size There was no expert analysis at all to pull out specific instances involving these two particular high schools and whether or not the situations were even remotely similar With that, it's actually proof of nothing It just strikes me as remarkable here that there was no discipline for the folks involved I mean, precedent notwithstanding it's just remarkable it seems to me Also remarkable that these kids are running around school with cell phones taping things I mean, not to bring personal experience into it but my children were products of a large public school system and they were not allowed to have cell phones at school I mean, it's just remarkable Maybe that's an editorial comment rather than a question Yes, it's extraordinarily unfortunate but we have to look at the legal standards here I'm aware they're two different things Yeah, that's right And the legal standard, Judge Guy, as you were homing in on is that for the Jane Doe situation if once the school system had some notice of something then there must be further actionable harassment and that was the Maple Woods High School Jane Doe But that is arguably the Coleridge standard that there can be one sexual assault and it's only if the school doesn't do something and then there's another sexual assault that the school would be liable But what about the point, or the question would be is the Coleridge standard appropriate for secondary schools? Well, yes, and as the trial court pointed out Coleridge and also Foster and Doe v. University of Kentucky from this court were all based upon Davis the Supreme Court precedent in Davis in 1999 But they are all, those three cases that you cite are all university or graduate school cases Yes, but they all focus in on the Supreme Court's decision in Davis and really digested Davis and analyzed that very carefully And Davis involved fifth graders So the trial court pointed out it doesn't make much sense under this analysis to try to say that there's a different a distinction needs to be made for middle schoolers when that's the very point that the Supreme Court was trying to make in analyzing Congress's intent in the Davis case in 1999 So did Davis say what Coleridge said? That there can be a first sexual assault and that doesn't matter? It's what happens after that that leads to liability Yes, in essence, the Davis case stands for the proposition that the school must be notified of some particular incident of sexual harassment and then what you measure is you measure was the school deliberately indifferent to that and then you look to was there any further actionable sexual harassment that befell that same victim And that's what this court in Coleridge spelled out in more particular detail In fact, the first seven pages of Coleridge steps through the reasoning In the case of Sally Doe, is there not  forced her to go into the bathroom also had later inappropriate interaction with her There was some allegation that he wanted to fight her but even then it wasn't Our point when we made the briefs it has to be gender oriented It wasn't clear that just because she says that he wanted to fight her it had something to do with You don't think there's proof it had anything to do with the prior incident? It may have This is summary judgment Yes It may have, but it should go forward, right? Well, that's not the thrust of our argument The thrust of our argument is, like the trial court explained the causal chain connection there is cut off when there's no evidence that the school system took an official decision to refuse to take any action That's the standard, that's the legal standard Was there an official decision on the part of the school system to refuse to take action? The boys involved in these two incidents were not disciplined in any way by the school, right? That's right But what happened is the assistant principal because of the sensitivity to nature referred it to the sex crimes unit, the task force that was set up and relied upon their expertise because of the sensitive nature and that boy was criminally prosecuted in juvenile court for sexual exploitation In fact, the assistant principal was advised by the police officer posted to the school not to review this video because of the sensitive nature and that we needed to get it over to the sex crimes unit and that's what happened So the trial court focused in on that and the lengthy dialogue that went on between the assistant principal and mom over the course of the next few weeks and months to show that... The dialogue with the mom of the girl doesn't do anything to deter the boy or other boys But it did because what happened when we finally found out the details April 12th, when the assistant principal finally found that out at the mother's request, she went to home instruction so she was off campus and still engaged with the teachers and was able to finish out those last remaining weeks of the school year on home instruction and that was the assistant principal working with the mom to get that done and there was no allegation then the rest of that school year that anything happened after April 12th What happened was Sally Doe had some details that she wasn't even sharing with the mother and she certainly wasn't sharing it with the assistant principal until April 12th After that, there's no allegation of any further actionable harassment taking place Like I said, she went on home instruction was able to finish out the year and had close contact with the teachers Same for Jane Doe at Maplewood where she, upon the parent's request withdrew and went to a charter school and there her grades improved and there was no allegation whatsoever of any name calling, any bullying, any harassment whatsoever So there we have to look very closely at the legal standards that Clark and also this court pronounced in Foster that there has to be first some particularized notice to the school system then deliberate indifference an official decision by the school system not to do anything to help reduce the risk then further actionable harassment that was caused by that So hypothetically suppose that a girl in the freshman class at a particular school is raped in the bathroom, hypothetically and the school finds out about that and the school does nothing and then a second girl is raped in the bathroom at the same school two months later Would, under Coleridge, would there be liability under Title IX? No, if there's no further actionable harassment for the same victim Has to be the same victim under Coleridge Yes So you could have, hypothetically a school deciding that they don't really care about girls being raped in the bathroom and as long as the rapist who's a student in that high school serially rapes different girls there would be no liability except criminal We can send it to the criminal people And also this case might be a different case if it was a negligence action My hypo is pretty graphic, isn't it? It's pretty awful Yes And wouldn't you have to say there should be liability? We can't, like Judge Guy was alluding to We can't set up a situation where the school where strict liability is imposed where the school has to ensure In fact They have notice in my hypo They have And maybe you should say Oh, we can allow two rapes But then the third one shouldn't But How can that be consistent with the requirements of the law? It is a difficult scenario And I don't know that there's any case that talks about that kind of scenario But it's got to be a situation For Title IX funding recipient liability to attach It's got to be something where the school system is made aware of that And they're aware Yeah And then something else happens to that same victim And the same victim requirement you are drawing from what? From Coleridge? Yes, from Coleridge Because Does Davis say it has to be the same victim? I don't think they use the phrase same victim But that's the logical conclusion that this court came to after reviewing Davis Also in the Foster decision as well which of course was en banc It's There may be Did Foster involve an issue of whether it was the same victim or did it just happen to be the same victim? I think it happened to be The facts were it was the same victim They were business school students I believe it was the same victim, yes The point being is that this is supposed to be not strict liability against school systems It's not supposed to be Like even in the dissent in Foster raised the possibility that shouldn't the school system ensure safety? And the majority said that's just a high burden for any school system In a perfect world we'd like to get there The discovery provided by your client regarding disciplinary incidents related to sexual harassment I'm reading from the the first district court order Disciplinary incidents related to sexual harassment, sexual assault inappropriate sexual behavior and or inappropriate sexual contact at schools from 2012 to 2016 950 instances of sexual harassment 1200 instances of inappropriate sexual behavior 45 incidences of sexual assault and 218 instances of inappropriate sexual conduct I doubt that anybody really thinks that the conduct of a first grader is included in this So I mean the description of what kind of conduct they're seeking suggests to me that the answer was not as broad as you suggest and it suggests to me that if you're a school system and you know that over a period of years this is the number of instances you're having and these are only the students you discipline then I would think the school system would know it had a problem and that knowledge of the problem could easily be said to rise to the level of deliberate indifference if the school system didn't take any action to curb this sort of problem Those are all statistics where specifically coded disciplinary action was taken So those are all instances where You also know it's still happening at a remarkable level Whatever action you're taking isn't helping We don't know that There's no evidence of the record In fact the Title IX office has been completely overhauled It's a much more robust Title IX office than when these cases occurred And like I said those are all instances over this five year period where we took action There was no underlying Title IX liability Things were done Action was taken There's no evidence in the record of any of those instances being remotely similar to the ones in these particular cases I'm not suggesting they are I'm just saying that's an awful lot That's knowledge of a problem Well there's no expert analysis that says that this is too many over a five year period for a school system our size There's no analysis of sister cities what those numbers are for any sister cities for any comparable school district So that in a vacuum is actually evidence of nothing That cannot be something that's considered a summary judgment or a trial When the numbers get large it also complicates things in this way that if there's 1,200 incidents at the 600 mark are they now on sufficient notice so they're liable for the next 600 That's one of the problems it seems to me with this whole area Obviously these are sensitive subjects and there's a lot of sympathy and it's an awful kind of thing but it's where you draw the line it seems to me Yes and like I said during my opening remarks is that these incidents there's no analysis whatsoever that the shenanigans at primary school level first graders mooning each other has anything to do with the circumstances of these cases So it doesn't put the school system on notice of anything remotely similar to what we have here There has to be if we're going to undo the decision in Collage and Foster it has to be on a case where there's some expert analysis pulling through the facts of those spreadsheets analyzing the data and explaining how in particular it puts the school system on notice of a situation very similar to this That in essence is the holding of Davis that the Foster court was responding to and also the Collage court Foster turned on the fact that the school had taken many many actions directed at the person who was sexually harassing Ms. Foster Right but that's not the standard JJ turned on the sufficiency of those actions which were quite considerable It's important to understand the standard does not mean that the action has to be taken against the perpetrator because otherwise that's second guessing It was action both against the perpetrator and to protect the victim Right and that's what we have here maybe not so much action against the perpetrator because that was done through the criminal process but action to protect the victim That was done and that's what the trial court honed in on At the record it's 83-7 record entry 83-7 and that's the string of emails where the assistant principal worked very closely with the mother trying to figure out what was going on first of all and she was notified that everything was ok until April 12th Then after April 12th to sort out ok let's get her into a home instruction let's get her off campus and she only had to come back to the campus a couple of times just to take end of course exams So the remedy for somebody who's been sexually assaulted is you should go study at home Well it's going to be a case by case Or transfer to another school in the case of the other individual Well that's I mean That is really an unfortunate comment on life that if you've been sexually assaulted you will have to leave school not the perpetrator That is unfortunate but it is one of the tools that school systems have in their arsenal is to provide a home instruction a remote instruction so that to separate people and put the students in a place where they can be outside of any kind of realm of future harassment I think if you were to think about your child whether you your daughter whether you would think that would be the appropriate remedy you might answer the question differently I don't even know if you have Yeah I have three children I have three teenagers I'm speaking hypothetically We have asked you questions and let your time go Thank you very much So we appreciate your argument Thank you They did nothing to protect the victim All they did was kick her out and find a way to give her some educational benefit when she was out home or another school or whatever and they were relieved the evidence shows that the assistant principals were relieved that they were able to get these girls out of the school system The policy of maintaining statistics is so grossly insufficient It is impossible to have an expert analysis They only show up when there was some sort of discipline So the cases like these two we have no idea and no way to determine how many of them existed in the schools How many girls were sexually assaulted or sexually abused or videos went out because they only report them when they want to So that policy is absolute indifference deliberate indifference to the rights of the people that need to be on notice so they can do something What goes along with that policy is the lack of training They didn't train these teachers and assistant principals and principals to report things up the line So whether there was any discipline or not at least the Title IX coordinator could take a look at every incident that was occurring in schools The Dear Colleague letter that's part of this record clearly said any incident where there might be sexual harassment or there might be a Title IX incident you have to report it to the Title IX coordinator That was the federal requirement if you are a federally funded institution as obviously Metro Schools was The second policy that I have a great deal of trouble with is the cell phone policy There is unfettered use of cell phones in the Metro Davidson County schools That makes no sense to me just like you Judge Gibbons I had a child who was in private school in high school and they got seriously disciplined if they were found to have a cell phone that was turned on I don't know why it is perfectly acceptable in the Metro school system for children to have the unfettered use of cell phones Do they ever pay attention in school? Do they ever do anything other than sext and text and do sexual videos? The only trouble with going down that track is that there is a big danger in personalizing these cases because if you say it happened to me I would react in such and such a way But no school districts many school districts have completely different and completely different problems and many parents want their kids to have cell phones in school so that A. they can track them B. that if they are in trouble they can get in touch so it is not a black and white issue on the thing You can construct a horror story in any of these situations but that doesn't really dictate what the results should be on an across the board incident Perhaps not but Metro Nashville stands alone in its complete no rules with regard to cell phones Can they stand alone in the country? No, no in middle Tennessee I would say The school districts around the circle of Nashville all have more severe rules Can't use cell phones in the school You can have one on you but you can't use it If you have an emergency you can go to the office to use your cell phone There are a lot of rules but Metro is just unfettered use I went to a concert over the weekend This is a deviation We had to check our cell phones into a little box because they were protecting the likenesses of the artist When we went out they unlocked it for us If we needed to use our cell phone while we were at the concert we went into a special room and they unlocked our little box and we used our cell phone and they locked it back before we could go back out into the auditorium Maybe the schools can't do that But surely they could find some policy that is a lot better than unfettered use and taking sexual videos and sexting during school time I'm afraid technology is moving at a rate that's going to mute those kinds of arguments I think people will start being born with a cell phone in their hands So did the school have a policy of punishing students who sexted? It was as random as these two cases when they felt like doing some punishment they might give a three-day suspension I have had cases where there was a three-day suspension of the victim as well as the perpetrator There is a grid that Metro has for punishment for different things Serious disruption of school activity is actually the definition of what I think this case would fall under that They wouldn't necessarily even report these facts if they had done punishment as sexual harassment or any of the other list of things that were read off This might go down as serious school disruption which carries a greater penalty of punishment of days on suspension in school versus out of school suspension  actually a more serious penalty but it doesn't show up in the statistics We don't know how many times any serious school disruption was actually a sexual harassment or any of the other list of           days on suspension in school versus out of school suspension actually a more serious penalty of days on suspension in school versus out of school It has to be a different standard in the lower schools Children aren't the same as adults in college Social media involvement It's repeated harassment Coleridge noted that in quoting Davis It's repeated harassment that might go on for years months decades There's no way to know how many times that is put on the internet It needs to be reflected that child pornography is dramatic and serious and unacceptable for schools to just do nothing We are asking this court to carve a hole in Coleridge or alternatively completely say Coleridge does not apply The district court was Your red light is on If you wish to conclude I found one case the Fourth Circuit case just last night and I will do a notice of additional authority It was a high school and they totally did not apply Coleridge at all They looked at it independently and they  Coleridge does     court was  light is on If you    one case the Fourth Circuit case just last night and I will do a notice of additional authority It was a high school and they totally did not              night and I will do a notice of additional authority It was a high school and they totally did not apply Coleridge does court was light is on